UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           Plaintiff,

      v.                              26-CV-701

APPROXIMATELY 162,486.00 USDT
EQUIVALENT TO THE USDT ASSOCIATED
WITH ADDRESS
TK2E1Cq4oYzVZWtDaqvCMC12GapUnJmjhk
ON THE TRON NETWORK,

           Defendant *in rem*.

---

## VERIFIED COMPLAINT *IN REM*

The United States of America, by its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York, and Elizabeth M. Palma, Assistant United States Attorney, of counsel, for its Verified Complaint herein alleges as follows:

## CAUSE OF ACTION

1.     This is an action *in rem* pursuant to Title 21, United States Code, Section 881(a)(6) and Title 18, United States Code, Sections 981(a)(1)(C) and 981(a)(1)(A), for the forfeiture of the sum of approximately 162,486.00 USDT, which is the equivalent to the USDT associated with address TK2E1Cq4oYzVZWtDaqvCMC12GapUnJmjhk ("Target Address") on the Tron Network, that was "burned" and reissued on or about November 20, 2025, by Tether Limited Inc. (the "Defendant Amount").

1

## JURISDICTION AND VENUE

2.      This Court has subject matter jurisdiction of this action commenced by the United States pursuant to Title 28, United States Code, Section 1345 and over an action for forfeiture pursuant to Title 28, United States Code, Section 1355(a).

3.      This Court has *in rem* jurisdiction pursuant to Title 28, United States Code, Sections 1355(b) because acts or omissions giving rise to the forfeiture occurred in the Western District of New York.

4.      Venue is properly premised in the Western District of New York pursuant to Title 28, United States Code, Section 1355(b), because the acts or omissions giving rise to forfeiture occurred in the Western District of New York.

## FACTUAL ALLEGATIONS

5.      The facts and circumstances supporting the forfeiture of the Defendant Amount are contained in the Affidavit of Special Agent Jeffrey Ritter, a copy of which has been provided to the Court with an application that it remain under seal until further order of the Court, and incorporated as though fully set forth herein.

## CONCLUSION AND REQUEST FOR RELIEF

6.      Based on all of the facts set forth in the Affidavit of Special Agent Jeffrey Ritter, the circumstances surrounding those facts, and the experience and training of the law enforcement officers involved, there is reasonable belief that the Defendant Amount

constitutes: (A) moneys, negotiable instruments, securities, or other things of value furnished, or intended to be furnished, in the furtherance of controlled substances distribution, and/or proceeds traceable to controlled substances distribution and is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6); (B) property, real or personal, which constitutes or is derived from proceeds traceable to a violation of…any offense constituting "specified unlawful activity" (such as drug trafficking) and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C); and/or (C) property, real or personal, involved in a transaction or attempted transaction in violation of section 1956 of this title, or any property traceable to such property and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A).

**WHEREFORE**, the United States of America respectfully requests that:

(1)     an arrest warrant *in rem* be issued for the arrest of the Defendant Amount;

(2)     all persons having any interest therein be cited to appear herein and show cause why the forfeiture should not be decreed;

(3)     a judgment be entered declaring the Defendant Amount be condemned and forfeited to the United States of America for disposition in accordance with the law;

(4)     the costs of this suit be paid to and recovered by the United States of America; and

(5)     the Court grant such order and further relief as deemed just and proper.

3

Date:  April 9, 2026
       Buffalo, New York.

MICHAEL DIGIACOMO
United States Attorney
Western District of New York

By:  /s/ *Elizabeth M. Palma*
ELIZABETH M. PALMA
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5860
elizabeth.palma@usdoj.gov

STATE OF NEW YORK    )
COUNTY OF ERIE      )      ss.:
CITY OF BUFFALO     )

JEFFREY RITTER, being duly sworn, deposes and says:

I am a Special Agent with Internal Revenue Service, Criminal Investigation ("IRS-CI") New York Field Office, and I am familiar with the facts and circumstances surrounding the obtainment of approximately 162,486.00 USDT on or about November 20, 2025, which is the equivalent to the USDT associated with address TK2E1Cq4oYzVZWtDaqvCMC12GapUnJmjhk on the Tron Network.  The facts alleged in the Verified Complaint *in rem* are true to the best of my knowledge and belief and based upon my personal knowledge and information furnished to me by law enforcement officers and intelligence analysts and provided to officials of the United States Department of Justice.

/s/ *Jeffrey Ritter*
JEFFREY RITTER
Special Agent
Internal Revenue Service – CI

5